# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., a non-profit Arizona corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>John Doe, an Internet website administrator; Jane Does 1-X, Internet website bloggers and Members of Best Western International, Inc.; John Does 1-X, Internet website bloggers and Governors of Best Western International, Inc.,<br><br>　　　　Defendant. | Case No. 06-1537<br><br>**ORDER FOR PRESERVATION OF DOCUMENTS** |

　　　　THIS MATTER comes before the Court upon Plaintiff's Motion For An Order For The Preservation Of Documents.

　　　　It is hereby ORDERED that:

　　　　1.　　Any named defendant and any officer, agent, representative, servant, employee, accountant, and attorney of any named defendant and those persons who receive actual notice of this Order by personal service or otherwise are required to maintain and preserve Records as specified by this Order.

　　　　2.　　"Records" as used in this Order shall have the same meaning as "documents" as defined in Federal Rule of Civil Procedure 34(a), and shall include, but not be limited to, computer storage devices, including but not limited to CDs, DVDs, memory sticks, hard drives, tapes, and computer diskettes, and other data compilations and every other device or medium on which or through which information of any type is transmitted, recorded, or preserved, including websites, website postings, e-mail

messages, and blogs under the possession, custody, or control of any person or entity subject to this Order. This Order shall apply to Records that exist as of the date of this Order and Records that are created after the date of this Order.

3.     Any person or entity that has actual notice of this Order shall have a duty to maintain and preserve Records that are relevant to any issue, claim, or defense in this matter including but not limited to the types and categories of documents identified on the attached Exhibit "A," which is incorporated herein.

4.     Any person or entity that has actual notice of this Order may retain and preserve the Records subject to this Order in whatever chosen media, paper or electronic (including optical images of paper or electronic Records). This Order does not obligate any person or entity subject to this Order to segregate such Records from other records or Backup Tapes where they may reside, and does not obligate any person or entity subject to this Order to retain paper Records if they have been maintained in electronic form. This Order shall obligate any person or entity subject to this Order, however, to discontinue any automatic or routine destruction or overwriting of electronic media with respect to Records subject to this Order.

5.     This Order does not address, limit, or determine the relevance, discoverability, or admission into evidence of any document subject to this Order, regardless of whether the Record is required to be preserved pursuant to the terms of this Order. The persons and entities who are subject to this Order do not waive any objections as to the production, discoverability, or confidentiality of any document preserved or required to be preserved under this Order.

6.     This Order shall remain in effect until further Order of the Court.

7.     Any person or entity subject to this Order who wishes to dissolve or

otherwise modify this Order shall make such motion or request to the Court.

Dated this 25th day of July, 2006.

_____
David G. Campbell
United States District Judge

# EXHIBIT A
## DOCUMENTS REQUESTED

1. Any and all documents, including the Terms of Service and Privacy Policy, which relate or refer to or were posted on the website (the "FreeWrites Website") to which the domain www.freewrites.net (the "FreeWrites Domain") resolves or resolved.

2. Any and all documents that identify the registrant of the FreeWrites Domain or any user or administrator of the FreeWrites Website.

3. Any and all documents that identify the name of the registrant of the FreeWrites Domain or any user or administrator of the FreeWrites Website.

4. Any and all documents that identify the address of the registrant of the FreeWrites Domain or any user or administrator of the FreeWrites Website.

5. Any and all documents that identify any Internet Service Provider or Internet Access Provider through which any person posted a message on the FreeWrites Website.

6. Any and all documents that identify the Internet Protocol address of any computer from which any post was made on the FreeWrites Website.

7. Any and all documents, including any emails or attachments to emails, sent to, sent from or received by the email addresses submit@freewrites.net and/or support@freewrites.net.

8. Any and all documents, including any emails or attachments to emails, that identify the user, name of the user or address of the user who corresponded to or received correspondence from the email addresses submit@freewrites.net and/or support@freewrites.net.

9. Any and all documents that identify the users who posted messages on the FreeWrites Website.

10. Any and all documents that identify the name of the users who posted messages on the FreeWrites Website.

- 4 -

11.   Any and all documents that identify the address of the users who posted messages on the FreeWrites Website.

12.   Any and all documents which identify the end user or other intermediary using the IP addresses **74.128.214.64** and **65.66.40.26** to post on the FreeWrites Website or to open/send e-mail messages sent to/from submit@freewrites.net or support@freewrites.net.

13.   Any and all documents which identify the name of the end user or other intermediary using the IP addresses **74.128.214.64** and **65.66.40.26** to post on the FreeWrites Website or to open/send e-mail messages sent to/from submit@freewrites.net or support@freewrites.net.

14.   Any and all documents which identify the address of the end user or other intermediary using the IP addresses **74.128.214.64** and **65.66.40.26** to post on the FreeWrites Website or to open/send e-mail messages sent to/from submit@freewrites.net or support@freewrites.net.

15.   Any and all documents which identify any Internet Service Provider or Internet Access Provider through which the end user or other intermediary accessed the FreeWrites Website or opened/sent e-mail messages sent to/from submit@freewrites.net or support@freewrites.net using the IP addresses **74.128.214.64** and **65.66.40.26**.

16.   Any and all documents which identify the Internet Protocol address of any computer from which any post was made by the end user or other intermediary using the IP addresses **74.128.214.64** and **65.66.40.26** to post on the FreeWrites Website.

17.   Any and all documents that identify the physical address of any router, computer or other device associated with the IP addresses **74.128.214.64** and **65.66.40.26**.

18.   Any and all documents that identify the identity of any person or entity that owns, leases, rents, uses or exercises control over any router, computer or other device associated with the IP addresses **74.128.214.64** and **65.66.40.26**.

19. Any and all documents that identify any domain names (the "Alternate Domain(s)") associated with the alternate site (the "Alternate Website") referenced in the FreeWrites Website's "SITE MASTER NOTICE" posted on June 13, 2006.

20. Any and all documents that relate or refer to or were posted on the Alternate Website.

21. Any and all documents that identify the registrant of the Alternate Domain(s) or any user or administrator of the Alternate Website.

22. Any and all documents that identify the name of the registrant of the Alternate Domain(s) or any user or administrator of the Alternate Website.

23. Any and all documents that identify the address of the registrant of the Alternate Domain(s) or any user or administrator of the Alternate Website.

24. Any and all documents that identify any Internet Service Provider or Internet Access Provider through which any person posted a message on the website Alternate Website.

25. Any and all documents that identify the Internet Protocol address of any computer from which any post was made on the Alternate Website.

26. Any and all documents that identify the Internet Protocol address of any computer from which any post was made by the end user or other intermediary using the IP addresses **74.128.214.64** and **65.66.40.26** to post on the Alternate Website.

27. Any and all documents that identify the user, name of the user, or address of the users who posted the following messages on the FreeWrites Website:

    A. <u>District III Rumors—Not Just Rumors</u>, posted on May 11, 2006 at www.freewrites.net/notjust.htm

    B. <u>A Response and Question Regarding Bylaw Changes</u>, posted on May 12, 2006 at www.freewrites.net/response.htm

    C. <u>Sweeping Design Changes Coming</u>, posted on May 13, 2006 at www.freewrites.net/sweeping.htm

    D. <u>Help</u>, posted on May 13, 2006 at www.freewrites.net/help.htm

E. <u>Half the Properties Dogs</u>, posted on May 13, 2006 at www.freewrites.net/half.htm

F. <u>It's Time for Class</u>, posted on May 22, 2006 at www.freewrites.net/class.htm

G. <u>Reference to Franchisee Comment</u>, posted on May 24, 2006 at www.freewrites.net/reference.htm

H. <u>Do You Have To Live in the District You Represent?</u>, posted on May 31, 2006 at www.freewrites.net/living.htm

I. <u>Questions about District III Director</u>, posted on May 31, 2006 at www.freewrites.net/rumorquestions.htm

J. <u>We Are Real—Don't You Get It</u>, posted on May 31, 2006 at www.freewrites.net/getreal.htm

K. <u>Can You Believe THIS!: Dear District VII Governors</u>, posted on June 1, 2006 at www.freewrites.net/rejected.htm

L. <u>Rotten Politics</u>, posted on June 2, 2006 at www.freewrites.net/hairraising.htm

M. <u>Lost Trust</u>, posted on June 2, 2006 at www.freewrites.net/losingtrust.htm

N. <u>Director Francis</u>, posted on June 3, 2006 at www.freewrites.net/WarningFrancis.htm

O. <u>What Is Going On with the International Board</u>, posted on June 3, 2006 at www.freewrites.net/international.htm

P. <u>The Man Has Integrity</u>, posted on June 3, 2006 at www.freewrites.net/integrity.htm

Q. <u>Sell to the Highest Bidder</u>, posted on June 3, 2006 at www.freewrites.net/sell.htm

R. <u>Report from District III Meeting</u>, posted on June 5, 2006 at www.freewrites.net/report.htm

S. <u>Dissatisfaction with Director</u>, posted on June 5, 2006 at www.freewrites.net/dissatisfaction.htm

T. <u>Board of Directors</u>, posted on June 5, 2006 at www.freewrites.net/Apologies.htm

18. All copies of the following messages posted to the Alternate Website and all documents that identify the user, name of the user, or address of the users who posted the following messages on the Alternate Website:

A. The Rise and Fall of the Roman Empire

B. Results of email polling on the ballot

C. Some little known facts about two directors

D. Are certain Directors expenses being illegally hidden?

E. Sell a Best Western--buy another brand!  Does that sound like your Director?