**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., a non-profit Arizona corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>John Doe, an Internet website administrator, et al.,<br><br>   Defendants.<br>_____<br>H. James Dial, an individual,<br><br>   Counterclaimant,<br><br>vs.<br><br>Best Western International, Inc., a non-profit Arizona corporation, et al.,<br><br>   Counterdefendants.<br>_____ | No. CV-06-1537-PHX-DGC<br><br>**ORDER** |

Counterdefendants have filed a motion for attorneys' fees. The motion is governed by Federal Rule of Civil Procedure 54 and Local Rule of Civil Procedure 54.2. These rules provide that motions for attorneys' fees shall be filed within fourteen days after the entry of judgment. Fed. R. Civ. P. 54(d)(2)(B); LRCiv 54.2(b)(1). No judgement has been entered in this case. Counterdefendants' motion is premature. The Court will address requests for attorneys' fees in this case following the entry of final judgment.

1  **IT IS ORDERED** that Counterdefendants' motion for attorneys' fees (Dkt. #108) is
2  **denied** without prejudice.

3  DATED this 11th day of June, 2007.

*David G. Campbell*
United States District Judge