**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., a non-profit Arizona corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>James Furber, an Internet website administrator; James and Nidrah Dial, Internet website bloggers and Members of Best Western International, Inc.; Loren Unruh, an Internet website blogger and Member of Best Western International, Inc., and Gayle Unruh,<br><br>   Defendants.<br><br>H. James Dial, an individual,<br><br>   Counterclaimant,<br><br>vs.<br><br>Best Western International, Inc., a non-profit Arizona corporation; and Roman Jaworowicz,<br><br>   Counterdefendants. | No. CV-06-1537-PHX-DGC<br><br>**ORDER** |

Pending before the Court is a motion for summary judgment filed by Defendants. Dkt. #338. Plaintiff has filed an unopposed motion to seal documents submitted in connection with Plaintiff's response. Dkt. #352. The Court concludes that the documents satisfy the compelling reasons standard set forth in *Kamakana v. City & County of Honolulu*,

447 F.3d 1172, 1178 (9th Cir. 2006).  *See* Dkt. #336.  The Court therefore will grant the motion to seal.  The Court also will grant Defendants' motion for leave to file a reply in excess of the page limits.  Dkt. #401.

**IT IS ORDERED:**

1. Plaintiff's motion to seal documents (Dkt. #352) is **granted**.
2. The Clerk is directed to file the lodged proposed sealed documents.
3. Defendants' motion for leave to file a reply in excess of the page limits (Dkt. #401) is **granted**.

DATED this 4th day of August, 2008.

*David G. Campbell*
United States District Judge

- 2 -